UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HELEN E. KERSHAW,

    Plaintiff,

v.                                              Case No.: 8:08-cv-1451-T-27MAP

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

    This cause comes before the Court on Defendant's motion to dismiss Plaintiff's complaint as untimely (doc. 9) and the response thereto (doc. 10). In her response, Plaintiff agrees with Defendant's calculation of the applicable time period for filing the complaint and concedes that she filed her complaint thirty days after the time for filing had lapsed. Thus, Plaintiff stipulates to dismissal of the complaint. Accordingly, it is hereby

    RECOMMENDED:

    1. Defendant's motion to dismiss Plaintiff's complaint as untimely (doc. 9) be granted.

    IT IS SO REPORTED at Tampa, Florida on October 23, 2008.

*[signature: Mark A. Pizzo]*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

    Failure to file and serve written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date it is served on the parties shall bar an aggrieved party from a *de novo* determination by the District Court of issues covered in the

report, and shall bar the party from attacking on appeal factual findings in the report accepted or adopted on appeal by the District Court except upon grounds of plain error or manifest injustice. 28 U.S.C. § 636(b)(1)(C); Local Rule 6.02; *Nettles v. Wainwright,* 677 F.2d 404 (5th Cir. 1982) *(en banc).*

Copies furnished to:
Hon. James D. Whittemore
Counsel of Record